**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 13a0032n.06

**No. 12-5456**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**FILED**
*Jan 07, 2013*
DEBORAH S. HUNT, Clerk

| | | |
|---|---|---|
| EDWIN PAGAN-APONTE, | ) | |
| | ) | |
| Plaintiff-Appellant, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR THE |
| JOHN M. MCHUGH, Secretary of the | ) | MIDDLE DISTRICT OF TENNESSEE |
| Army, | ) | |
| | ) | |
| Defendant-Appellee. | ) | |

Before:  GUY, SUTTON, and COOK, Circuit Judges.

PER CURIAM.  In this race-based employment discrimination and retaliation action, Edwin Pagan-Aponte appeals the district court's order granting summary judgment to defendant Secretary of the Army[1] on Pagan-Aponte's two separate non-selections for promotion.  He also appeals the lower court's order barring expert testimony about the Army's promotion procedures.  Having determined that the district court thoroughly and correctly set out the undisputed facts and governing law, this court's issuance of a full opinion would be duplicative and serve no jurisprudential purpose.  We AFFIRM the district court's judgment on the basis of its May 10, 2011 order granting defendant's motion to exclude and its April 5, 2012 grant of summary judgment to the Army.

---

[1]John McHugh became Secretary of the Army after Pagan-Aponte filed his lawsuit.  Federal Rule of Civil Procedure 25(d) automatically designates Mr. McHugh as the proper defendant.